[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**
   **(1) Tammy Kay Gilliam**
      xxx-xx-6792     **Case No. 19-28041-D**
   **(2)**
       **Chapter 13**
**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:** (1) 1636 Denson Drive Apt 1    (2)
               Memphis TN 38116

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay   $115.00   ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(X) PAYROLL DEDUCTION** from:   Checkers Drive-In Restaurants, Inc.    **OR** ( ) **DIRECT PAY.**
                                      4300 W Cypress Dtreet
                                      Ste 600
                                      Tampa, FL 33607

   **DEBTOR (2)** shall pay   $_____   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **( ) PAYROLL DEDUCTION** from: _____    **OR** ( ) **DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ( ) YES    (X) NO

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**    (X) YES    ( ) NO

    **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**    ( ) YES    (X) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment
_____; ongoing payment begins _____    $_____
Approximate arrearage: _____    $_____
_____; ongoing payment begins _____    $_____
Approximate arrearage: _____    $_____

**5. PRIORITY CLAIMS:**      Value of Claim      Monthly Plan Payment

**6. HOME MORTGAGE CLAIMS:**    ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:    Monthly Plan Payment
_____; ongoing payment begins _____    $_____
Approximate arrearage: _____ Interest _____ %    $_____
_____; ongoing payment begins _____    $_____
Approximate arrearage: _____ Interest _____ %    $_____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Bridgecrest Credit Company LLC | $5,500.00 | 7.0 % | $110.00 |
| Conn Appliances Inc. | $500.00 | 7.0 % | $10.00 |
|  |  | % | $ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | ____% | $_____ |
| | | ____% | $_____ |
| | | ____% | $_____ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Winbranch Apartments | $720.00 | ____% | $25.00 |
| Progressive Leasing | $654.00 | ____% | $11.00 |
| | | ____% | $_____ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____   ( ) Not provided for   **OR** ( ) General unsecured creditor
_____   ( ) Not provided for   **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**   $    5,744.00   .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Winbranch Apartments           (X) Assumes   **OR** ( ) Rejects.
Progressive Leasing             (X) Assumes   **OR** ( ) Rejects.

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                    DATE: **October  7, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200         Facsimile: 901-323-3275         Email: help@sjgarrett.com